Berríos, Recurrente, v. El Registrador de Caguas, Recurrido.

Recurso gubernativo interpuesto contra nota del Registrador de la Propiedad de Caguas, denegando la agrupación de varias fincas en una.

No. 442.—Resuelto en diciembre 4, 1919.

Agrupación de Fincas—Inscripción.—Una persona de estado viudo agrupó varias fincas colindantes entre sí y pidió que así agrupadas se inscribieran de nuevo como una sola finca a su favor en el registro. Las fincas habían sido adquiridas cuando dicha persona era casada. *Se resolvió:* que el registrador negó correctamente la inscripción.

Los hechos están expresados en la opinión.
Abogado del recurrente: *Sr. Francisco González.*
El registrador recurrido compareció por escrito.

El Juez Asociado Sr. del Toro, emitió la opinión del tribunal.

José A. Berríos, viudo, compareció ante notario público, manifestó que era dueño de varias fincas rústicas que colindaban entre sí y que estaban afectas a un solo contrato de arrendamiento y expresó su voluntad de agruparlas en una sola finca. El documento se presentó en el registro de la propiedad y el registrador se negó a inscribirlo, en resumen, porque de la escritura resultaba que el otorgante era viudo y del registro que las fincas agrupadas se habían adquirido

cuando estaba casado y tenían, por tanto, el concepto legal de gananciales.

No conforme Berríos con la negativa, estableció el presente recurso gubernativo invocando en su favor la jurisprudencia establecida por esta Corte Suprema en los casos de *Diez* v. *Registrador,* 12 D. P. R. 4, y *Palou* v. *Registrador,* 19 D. P. R. 372.

Hemos examinado dichos casos y no sostienen la contención del apelante. Aunque es verdad que la agrupación no constituye una enajenación o un gravamen, ni tiene el carácter de un contrato, y si bien puede considerarse como un acto que da lugar a una nueva inscripción en el registro, es a una inscripción de orden interior, dentro del registro mismo, que no crea, ni modifica, ni extingue derecho alguno, *Palou* v. *Registrador,* 19 D. P. R. 376, también es verdad que las fincas que se agrupan deben pertenecer a un mismo dueño o a varios proindiviso y que el dueño o los dueños así lo soliciten. Véanse el artículo 61 del Reglamento para la ejecución de la Ley Hipotecaria, y el caso de *Muñoz* v. *El Registrador de Caguas,* 25 D. P. R. 842.

Las fincas aquí agrupadas tienen el carácter de gananciales. Si el recurrente es viudo como dice en la escritura, la sociedad de gananciales tuvo necesariamente que disolverse por la muerte de la esposa. Disuelta la sociedad sólo en el caso de que el recurrente hubiera sido el único heredero de la esposa o en el de que se hubieran adjudicado otros bienes a los otros herederos y a él todas las fincas en pago de sus gananciales, en la actualidad sería dueño absoluto de ellas, y nada de eso consta en la escritura. Y si no se ha liquidado la sociedad, y hay varios herederos, y las fincas continúan proindiviso, entonces existen varios dueños y la agrupación debió haberse hecho y la inscripción pedida por la voluntad de todos y no por la de uno solo.

Debe confirmarse la nota recurrida.

*Confirmada la nota recurrida.*

Jueces concurrentes: Sres. Presidente Hernandez y Asociados Wolf, Aldrey y Hutchison.